OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701
02 1W
0001406231

$ 000.27⁵

6/8/2015

COA Case No. 05-14-00281-CR

FERGUSON, JOE BARRY   Tr. Ct. No. F12-35370-U          PD-0695-15

On this day, this Court has granted the Appellant's Pro Se motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to Monday, August 24, 2015. NO FURTHER EXTENSIONS WILL BE ENTERTAINED. NOTE: Petition For Discretionary Review must be filed with The Court of Criminal Appeals.

Abel Acosta, Clerk

JO BARRY FERGUSON
TDC# 1803631
RAMSEY I UNIT
1100 FM 655
ROSHARON, TX 77583